FORM B5(10/05)     **FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**District of Arizona** | **INVOLUNTARY PETITION** |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Integrated Information Systems, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.
(If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**2250 W. 14th Street**<br>**Tempe, AZ 85281** | MAILING ADDRESS OF DEBTOR (If different from street address)<br>**c/o James Garvey, Statutory Agent**<br>**1101 E. Warner Road, #160**<br>**Tempe, AZ 85284** |
|---|---|

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Maricopa**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
**2250 W. 14th Street, Tempe, Arizona, 85281**

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
    ■ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

TYPE OF DEBTOR
☐ Individual    ☐ Stockbroker    ☐ Clearing Bank
☐ Partnership    ☐ Commodity Broker    ☐ Health Care Business
■ Corporation    ☐ Railroad
☐ Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Information Technology Consulting, Custom Software Development Services**

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br><br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

## TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X /s/ James Parrack, Vice President<br>Signature of Petitioner or Representative (State title) | X /s/ ALLEN & SALA, P.L.C.       May 2, 2006<br>Signature of Attorney                                   Date |
| **Phoenix 24th Place, Inc.**       May 2, 2006<br>Name of Petitioner                       Date Signed | **ALLEN & SALA, P.L.C.**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: **James Parrack, Vice President / 825 N. Broadway Ave., Suite 300 / Oklahoma City, OK 73102** | **1850 N. Central Avenue, Suite 1150 / Phoenix, AZ 85004**<br>Address<br>Telephone No. **602-256-6000** |
| X /s/ Robert Haeberle, President<br>Signature of Petitioner or Representative (State title) | X /s/ ALLEN & SALA, P.L.C.       May 2, 2006<br>Signature of Attorney                                   Date |
| **Martial Arts Enterprises, Inc.**       May 2, 2006<br>Name of Petitioner                       Date Signed | **ALLEN & SALA, P.L.C.**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Robert Haeberle, President / MARTIAL ARTS ENTERPRISES, INC. / 4215 N. 16th Street, Suite B / Phoenix, AZ 85016** | **1850 N. Central Avenue, Suite 1150 / Phoenix, AZ 85004**<br>Address<br>Telephone No. **602-256-6000** |
| X /s/ Barbara Maroney, Attorney for TBF<br>Signature of Petitioner or Representative (State title) | X /s/ ALLEN & SALA, P.L.C.       May 2, 2006<br>Signature of Attorney                                   Date |
| **TBF Financial, L.L.C.**       May 2, 2006<br>Name of Petitioner                       Date Signed | **ALLEN & SALA, P.L.C.**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Barbara Maroney, Attorney for TBF / 15433 N. Tatum Blvd., #106 / Phoenix, AZ 85032** | **1850 N. Central Avenue, Suite 1150 / Phoenix, AZ 85004**<br>Address<br>Telephone No. **602-256-6000** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Phoenix 24th Place, Inc.**<br>c/o CT Corporation System<br>3225 N. Central Avenue<br>Phoenix, AZ 85012 | Judgment | 87,932.70 |
| **Martial Arts Enterprises, Inc.**<br>Assignee of the claim of American International Specialty Lines Insurance Co.<br>4215 N. 16th Street, Suite B | Judgment | 22,489.95 |
| **TBF Financial, L.L.C.**<br>c/o Stephen R. Glazer<br>405 N. Beaver, #4<br>Flagstaff, AZ 86001-4500 | Judgment | 68,839.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**179,261.65** |

___ continuation sheets attached