

*Submitted by:*
Christopher R. Kaup, Esq.
AZ State Bar No. 014820
Jeffrey A. Sandell, Esq.
AZ State Bar No. 020658

**Dated: August 14, 2006**

TIFFANY & BOSCO
P.A.
THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

*Counsel for Debtor, Integrated Information Systems, Inc.*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 11 Proceeding) |
| INTEGRATED INFORMATION SYSTEMS, INC., | Case No. 2:06-bk-01257-RTB |
| Debtor. | **ORDER FOR RELIEF** |
| | **AND** |
| | **ORDER GRANTING MOTION TO CONVERT CASE TO CHAPTER 11** |

This matter came before the Court on the "Motion to Convert Case to Chapter 11 Proceeding and Enter Order for Relief as Voluntary Chapter 11 Proceeding" (hereafter "Chapter 11 Motion") filed by Integrated Information Systems, Inc. ("Debtor" or "IIS"), which seeks, pursuant to 11 U.S.C. §§ 105 & 706(a) and Rule 1017(f), Fed.R.Bankr.P., an order converting this involuntary Chapter 7 case to a voluntary case under Chapter 11 and the entry of an Order for Relief, and the Court finding that notice of the Chapter 11 Motion was sufficient, and good cause appearing,

1  **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Chapter 11

2  Motion is granted;

3  **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the above-

4  captioned bankruptcy case is hereby converted to a voluntary Chapter 11 case pursuant to 11

5  U.S.C. § 706(a);

6  **IT IS FURTHER ORDERED, ADJUDGED, and DECREED** entering an Order for

7  Relief as a voluntary proceeding under Chapter 11 of Title 11 of the United States Code.

8  DATED this _____ day of August, 2006.



_____
United States Bankruptcy Judge