**SO ORDERED.**



**Dated: March 16, 2009**

_____

**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

INTEGRATED INFORMATION
SYSTEMS, INC.,

Debtor.

(Chapter 11 Proceeding)

Case No. 2:06-bk-01257-RTB

**ORDER FOR FINAL DECREE CLOSING BANKRUPTCY CASE**

This Court, having received and considered the Motion for Entry of Final Decree Closing Bankruptcy Case filed by Integrated Information Systems, Inc., having reviewed the file in this case, notice and opportunity to conduct a hearing on the Motion having been proper and good cause appearing,

**IT IS HEREBY ORDERED** entering the Final Decree in this case.

**IT IS FURTHER ORDERED** closing the above-captioned Bankruptcy Case effective September 9, 2008, the date of the filing of the Motion for Entry of Final Decree Closing Bankruptcy Case.

**DATED AND SIGNED ABOVE.**

GRANTED