Mark Brnovich
Attorney General
Firm State Bar No. 14000

Sophia Varma Van Langen
Assistant Attorney General
1275 W. Washington – SGD/LES
Phoenix, Arizona 85007-2997
State Bar No. 024035
Fax: (602) 364-3202
Telephone: (602) 542-7023
sophia.vanlangen@azag.gov

Attorneys for Arizona State Board of Accountancy

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**INTEGRATED INFORMATION SOLUTIONS, INC.,**<br><br>Debtor. | Case No. 2:06-bk-01257-EPB<br><br>**Chapter 7**<br><br>**ARIZONA STATE BOARD OF ACCOUNTANCY'S NOTICE OF LIMITED APPEARANCE** |

The Arizona State Board of Accountancy, through the undersigned Assistant Attorney General, hereby files its Notice of Limited Appearance for the purpose of objecting to the *Motion for Bankruptcy Rule 2004 Examination of David Birdsell* (Doc. 364) and *Motion for Bankruptcy Rule 2004 Examination of John Todd* (Doc. 365), filed by Creditor and Party-in-Interest Semple, Marchal & Cooper LLP.

RESPECTFULLY SUBMITTED this 15th day of July, 2015.

                                          Mark Brnovich
                                        Attorney General

By:   s/ SV24035
       Sophia Varma Van Langen
       Assistant Attorney General

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing document was E-filed in the U.S. Bankruptcy Court on behalf of the Arizona State Board of Accountancy on July 15, 2015, and copies service via ECF Notice the same day upon the persons registered with PACER to receive electronic notice.

*#4552096*